## PER CURIAM.

It will serve no useful purpose to set out the facts of the case or to canvass appellant's contentions with respect to them, for it is quite plain that appellant had not exhausted his administrative remedies and was not entitled to interpose the defense of wrongful classification, Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346, 88 L.Ed. 305. United States v. Balogh, 2 Cir., 160 F.2d 999, is a case directly in point. In addition, if we should hold that he had put himself in a position to make the defense, it is quite plain, under Lemien v. United States, 5 Cir., 158 F.2d 550, and Wells v. United States, 5 Cir., 158 F.2d 932, that none of his points are well taken.

The judgment appealed from is affirmed.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

## PER CURIAM.

Claiming that he was denied the assistance of counsel, appellant applied for a writ of habeas corpus. The district judge, after a full hearing, denied the writ. Appellant is here claiming error. The record fully supports the finding of the district judge that appellant was not denied due process.

The order denying the writ is affirmed.

## SEHON CHINN v. UNITED STATES.

No. 5643.

Circuit Court of Appeals, Fourth Circuit.

Oct. 14, 1947.

## LACEY v. SANFORD, Warden.

No. 12048.

Circuit Court of Appeals, Fifth Circuit.

Oct. 23, 1947.

John Jos. Lacey, in pro. per., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Sehon Chinn, pro se.

Milton J. Ferguson, Asst. U. S. Atty., of Wayne, W. Va. (Leslie E. Given, U. S. Atty., of Charleston, W. Va., on the brief), for appellee.